| | |
|---|---|
| 1 | MELINDA S. RIECHERT, State Bar No. 65504<br>MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 2 Palo Alto Square<br>3000 El Camino Real, Suite 700 |
| 3 | Palo Alto, CA  94306-2122<br>Tel:  650.843.4000 |
| 4 | Fax:  650.843.4001<br>Email: mriechert@morganlewis.com |
| 5 | |
| 6 | MEGAN BARRY BOROVICKA, State Bar No. 241205<br>MORGAN, LEWIS & BOCKIUS LLP |
| 7 | One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Tel:  415.442.1000 |
| 8 | Fax:  415.442.1001<br>Email: mborovicka@morganlewis.com |
| 9 | |
| 10 | Attorneys for Defendants,<br>Northwestern Investment Management Company, LLC<br>and Northwestern Mutual Life Insurance Company |
| 11 | |
| 12 | JOHN A. MCGUINN, State Bar No. 036047<br>CAROLYN A. LEARY, State Bar No. 226845 |
| 13 | McGuinn, Hillsman & Palefsky<br>535 Pacific Avenue |
| 14 | San Francisco, CA 94133<br>Tel.  415-421-9292 |
| 15 | Fax. 415-403-0202<br>Email: jamcguinn@mhpsf.com |
| 16 | Email: cleary@mhpsf.com |
| 17 | Attorneys for Plaintiff,<br>Laurie Gibbs Harris |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE GIBBS HARRIS,<br><br>              Plaintiff,<br><br>     vs.<br><br>NORTHWESTERN INVESTMENT MANAGEMENT COMPANY, LLC, NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, and DOES 1 through 20 , inclusive,<br><br>              Defendants. | Case No. 10-01763 CW<br><br>**STIPULATION AND ORDER CONTINUING DISPOSITIVE MOTION HEARING DEADLINE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/22409428.1

STIPULATED AND [~~PROPOSED~~] ORDER
CASE NO. C 10-01763 CW

Plaintiff Laurie Gibbs Harris ("Plaintiff") and Defendants Northwestern Investment Management Company, LLC and Northwestern Mutual Life Insurance Company ("Defendants"), the parties to the above-entitled action (collectively, the "Parties), submit this stipulation to the Court:

**STIPULATION**

WHEREAS, on September 14, 2010, the Court issues a *Minute Order and Case Management Order* (the "Case Management Order") scheduling June 2, 2011 as the last day by which the Court must hear all case-dispositive motions;

WHEREAS, pursuant to Civil Local Rule 7-2 and the Court's Standing Order, the current deadline for filing a case-dispositive motion is April 28, 2011;

WHEREAS, the deadline for the completion of fact discovery as set forth in the Case Management Order was April 4, 2011;

WHEREAS, the Parties have agreed to continue to engage in some fact discovery beyond the April 4, 2011 deadline, such as the completion of previously noticed depositions of Plaintiff and of several of Defendants' representatives;

WHEREAS, Plaintiff's responses to Defendants' Interrogatories, Request for Admissions, and Requests for Production of Documents were due to be served on Defendants by April 4, 2011, the deadline for completion of fact discovery;

WHEREAS, in response to Plaintiff's requests, Defendants agreed to allow Plaintiff additional time to serve discovery responses;

WHEREAS, Plaintiff served responses to some discovery requests on April 13, 2011, and served supplemental responses on April 18, 2011;

WHEREAS, Plaintiff's supplemental interrogatory responses indicate, with respect to approximately fourteen (14) interrogatories, that she is unable to respond at this time but hopes to serve supplemental responses by April 29, 2011;

WHEREAS, the Parties are continuing to meet and confer regarding the completeness of Plaintiff's discovery responses, in addition to the above-mentioned fourteen interrogatories to which Plaintiff has not yet responded;

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/22409428.1

STIPULATED AND [PROPOSED] ORDER
Case No. C 10-01763 CW

1   WHEREAS, Defendants' ability to file a dispositive motion by the current deadline of
2   April 28, 2011 is prejudiced by the incompletion of fact discovery;

3   WHEREAS, pursuant to the Case Management Order, trial is set to begin on October 3,
4   2011;

5   WHEREAS, a continuance of the dispositive motion deadline would not require
6   modification to the trial date or other court-ordered dates;

7   WHEREAS, the Parties have not previously sought and the Court has not previously
8   ordered time modifications;

9   WHEREAS, in light of the above factors, the Parties have agreed to seek to a continuance
10  of the deadline for hearing case-dispositive motions to allow additional time for the completion of
11  fact discovery and preparation of case-dispositive motions;

12  THEREFORE, the Parties, through their respective counsel of record, hereby
13  STIPULATE to continue the last day by which the Court must hear any case-dispositive motions
14  to June 30, 2011, or thereafter, subject to the Court's convenience and availability.

15  IT IS SO STIPULATED.

17  DATE:  April 25, 2011            */s/ Carolyn A. Leary*
18                                   John A. McGuinn
                                     Carolyn A. Leary
19                                   McGuinn, Hillsman & Palefsky
                                     Attorneys for Plaintiff, Laurie Gibbs Harris
20  DATE:  _____         */s/ Megan Barry Borovicka*
21                                   Melinda S. Riechert
                                     Megan Barry Borovicka
22                                   Morgan, Lewis & Bockius

23                                   Attorneys for Defendants,
24                                   Northwestern Investment Management Company,
                                     LLC and Northwestern Mutual Life Insurance
25                                   Company

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/22409428.1

Case 4:10-cv-01763-CW   Document 28   Filed 04/26/11   Page 4 of 4

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Case Management Conference is also continued to June 30, 2011 at 2 pm.

DATE:  April 26, 2011

_____
The Honorable Claudia Wilken
United States District Judge

### ATTESTATION

    Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated:  April 25, 2011          By:  */s/ Megan Barry Borovicka*
                                                       Megan Barry Borovicka

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/22409428.1