1  MELINDA S. RIECHERT, State Bar No. 65504
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, California 94306-2122
   Telephone:   650.843.4000
4  Facsimile:   650.843.4001
   Email: mriechert@morganlewis.com
5
   MEGAN BARRY BOROVICKA, State Bar No. 241205
6  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
7  San Francisco, California 94105-1126
   Telephone:   415.442.1000
8  Facsimile:   415.442.1001
   Email: mborovicka@morganlewis.com
9

10 Attorneys for Defendants
   Northwestern Investment Management Company, LLC
11 and Northwestern Mutual Life Insurance Company

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

| 15 | LAURIE GIBBS HARRIS, | Case No. 10-01763 CW |
|---|---|---|
| 16 | Plaintiff, | **ORDER REGARDING SEALING OF PLAINTIFF'S SUPPLEMENTAL MCGUINN DECLARATION AND PARTIAL SEALING OF PLAINTIFF'S OPPOSITION BRIEF AND HARRIS DECLARATION** |
| 17 | v. | |
| 18 | NORTHWESTERN INVESTMENT MANAGEMENT COMPANY, LLC, | |
| 19 | NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, and DOES 1 | **[Civ. Local Rule 79-5(d)]** |
| 20 | through 20, inclusive, | |
| 21 | Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 10-01763 CW
SEALING ORDER
DB2/ 22504840.1

WHEREAS, the parties in this matter agreed to a Stipulated Protective Order ("Protective Order") that was ordered by the Court on November 30, 2010;

WHEREAS, the parties' June 15, 2011 Stipulation (Docket #40) requested leave to file the following three documents under seal:

(1) the *Supplemental Declaration of John A. McGuinn in Opposition to Defendants' Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment* ("Supplemental McGuinn Declaration") with supporting exhibits;

(2) the *Declaration of Laurie Gibbs Harris in Opposition to Defendants' Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment* ("Harris Declaration"); and

(3) *Plaintiff's Amended Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment* ("Opposition Brief");

WHEREAS, this Court's June 30, 2011 Order (Docket #54) directed Defendants Northwestern Investment Management Company, LLC and Northwestern Mutual Life Insurance Company ("Defendants") to include with a sealing request copies of Plaintiff's documents with proposed redactions of confidential information;

WHEREAS, Defendants filed on July 5, 2011 a responsive declaration (Docket #55) pursuant to Civil Local Rule 79-5(d) establishing that the Supplemental McGuinn Declaration and supporting exhibits, portions of the Harris Declaration, and portions of the Opposition Brief are sealable because they contain confidential information protected by law from disclosure to the public;

WHEREAS, Defendants' July 5, 2011 request attached copies of the Harris Declaration and the Opposition Brief with Defendants' proposed redactions of confidential information;

WHEREAS, the Court finds good cause to seal the Supplemental McGuinn Declaration and supporting exhibits, the redacted portions of the Harris Declaration, and the redacted portions Opposition Brief;

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1                          Case No. 10-01763 CW
SEALING ORDER
DB2/ 22504840.1

1   IT IS HEREBY ORDERED that, within three days of the date of this Order, Plaintiff shall electronically file under seal the Supplemental McGuinn Declaration and supporting exhibits, the un-redacted Harris Declaration, and the un-redacted Opposition brief;

IT IS FURTHER ORDERED that, within three days of the date of this Order, Plaintiff shall electronically file in the public record the Harris Declaration and the Opposition Brief, as redacted in Exhibits 1 and 2 of the Declaration of Megan Barry Borovicka.

**IT IS SO ORDERED.**

Honorable Claudia Wilken
United States District Judge

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

2                                          Case No. 10-01763 CW
[PROPOSED] SEALING ORDER
DB2/ 22504840.1