IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE GIBBS HARRIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NORTHWESTERN INVESTMENT MANAGEMENT COMPANY, LLC, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 10-01763 CW<br><br>ORDER WITHDRAWING REFERENCE |

　　At the parties' request, because they have participated in private mediation, the September 8, 2011 settlement conference before Magistrate Judge Beeler is vacated.  The referral to a Magistrate Judge for settlement conference made by this Court on July 14, 2011, is withdrawn.

Dated: 8/26/2011

　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Judge