1  MELINDA S. RIECHERT, State Bar No. 65504
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA  94306-2122
   Tel:  650.843.4000
4  Fax:  650.843.4001
   Email: mriechert@morganlewis.com
5
   MEGAN BARRY BOROVICKA, State Bar No. 241205
6  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
7  San Francisco, CA  94105-1126
   Tel:  415.442.1000
8  Fax:  415.442.1001
   Email: mborovicka@morganlewis.com
9
   Attorneys for Defendants,
10 Northwestern Investment Management Company, LLC
   and Northwestern Mutual Life Insurance Company
11
   JOHN A. McGUINN, State Bar No. 036047
12 CAROLYN A. LEARY, State Bar No. 226845
   McGuinn, Hillsman & Palefsky
13 535 Pacific Avenue
   San Francisco, CA 94133
14 Tel. 415-421-9292
   Fax. 415-403-0202
15 Email: jamcguinn@mhpsf.com
   Email: cleary@mhpsf.com
16
   Attorneys for Plaintiff,
17 Laurie Gibbs Harris

18              UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA

20 LAURIE GIBBS HARRIS,              Case No. 10-01763 CW (LB)

21              Plaintiff,           **JOINT STIPULATION AND ORDER
                                     CONTINUING DEADLINE TO FILE
22          vs.                      PRETRIAL MATERIALS**

23 NORTHWESTERN INVESTMENT           Trial Date:   October 3, 2011
   MANAGEMENT COMPANY, LLC,
24 NORTHWESTERN MUTUAL LIFE
   INSURANCE COMPANY, and DOES 1
25 through 20 , inclusive,

26              Defendants.

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIPULATION AND [~~PROPOSED~~]
ORDER; CASE NO. C 10-01763 CW

DB2/ 22643952.1

Plaintiff Laurie Gibbs Harris ("Plaintiff") and Defendants Northwestern Investment Management Company, LLC and Northwestern Mutual Life Insurance Company ("Defendants"), the parties to the above-entitled action (collectively, the "Parties"), submit this stipulation to the Court:

**<u>STIPULATION</u>**

WHEREAS, the Court conducted a Case Management Conference and heard Defendants' *Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment* on July 14, 2011;

WHEREAS, during the July 14, 2011 hearing, the Court encouraged the Parties to participate in private mediation;

WHEREAS, on July 25, 2011, the Court issued an *Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment*;

WHEREAS, following the Court's Order, the Parties gained new understanding of the narrowed issues proceeding to trial on October 3, 2011, and agreed to participate in a mediation with a private third-party neutral;

WHEREAS, accounting for the schedules of the Parties, counsel, and potential mediators, the Parties scheduled mediation for the first available date, August 23, 2011;

WHEREAS, on August 23, 2011, the Parties participated in a full day of mediation utilizing the services of private neutral third-party David Rotman of Gregorio, Haldeman, et al. in San Francisco, California, but were unable to resolve the case;

WHEREAS, the Court's September 14, 2010 *Minute Order and Case Management Order* set trial in this matter for October 3, 2011 and a pretrial conference on September 20, 2011;

WHEREAS, the Court has not continued the trial date or the pretrial conference date, and the Parties do not believe a continuance of the trial date or pretrial conference date is necessary;

WHEREAS, pursuant to the Court's Standing *Order for Pretrial Preparation*, the exchange of documents called for in Section 1 of the Order was to have occurred by August 23, 2011, but the parties agreed to wait until after the August 23, 2011 mediation to exchange these documents;

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

1

JOINT STIPULATION AND [~~PROPOSED~~]
ORDER; CASE NO. C 10-01763 CW

DB2/ 22643952.1

1    WHEREAS, pursuant to the Court's Standing *Order for Pretrial Preparation*, the Parties

2  currently must file by September 6, 2011 a joint pretrial conference statement and other

3  documents required by Section 3 of the Order (*i.e.*, exhibit list and objections, witness list, use of

4  discovery responses, trial briefs, motions in limine, joint proposed voir dire and jury instructions,

5  proposed verdict forms);

6    WHEREAS, on August 26, 2011, the Court denied, without prejudice, the Parties'

7  stipulated request to continue the pretrial document filing deadline by one week to September 13,

8  2011 (Docket No. 65);

9    WHEREAS, in light of the above factors, and pursuant to Civil Local Rules 6-1(b) and 6-

10  2, the Parties have agreed to request a shorter (three day) continuance of the September 6, 2011

11  pretrial document filing deadline;

12    THEREFORE, the Parties, through their respective counsel of record, hereby

13  STIPULATE to request that the Court continue the current September 6, 2011 pretrial filing to

14  September 9, 2011.

15

16    IT IS SO STIPULATED.

17

18  DATE:  August 31, 2011          ____/s/ Carolyn A. Leary_____

19                                  John A. McGuinn
                                    Carolyn A. Leary
20                                  McGuinn, Hillsman & Palefsky
                                    Attorneys for Plaintiff, Laurie Gibbs Harris
21

22  DATE:  August 31, 2011          ____/s/ Megan Barry Borovicka_____

23                                  Melinda S. Riechert
                                    Megan Barry Borovicka
24                                  Morgan, Lewis & Bockius
                                    Attorneys for Defendants,
25                                  Northwestern Investment Management Company,
                                    LLC and Northwestern Mutual Life Insurance
26                                  Company

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2          For the reasons described in the Parties' Joint Stipulation, the last day for the Parties for

3    file the pretrial conference statement and other documents described in Section 3 of the Court's

4    Standing *Order for Pretrial Preparation* shall be continued by two days, to September 8, 2011.

5          The Final Pretrial Conference remains unchanged on calendar for September 20, 2011 at

6    2:00 p.m.  The 8-day Jury Trial beginning on October 3, 2011 at 8:30 a.m. remains on calendar as

7    previously ordered.

8

9    DATE: _____9/1/2011_____

10                                              The Honorable Claudia Wilken
                                                United States District Judge

11

12                                **ATTESTATION**

13          Pursuant to General Order 45(X), I attest that concurrence in the filing of this document

14   has been obtained from the other signatory.

15

16   Dated:  _August 31, 2011_          By: _____/s/ Megan Barry Borovicka_____
                                              Megan Barry Borovicka
17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIPULATION AND [~~PROPOSED~~]
                                          ORDER; CASE NO. C 10-01763 CW

DB2/ 22643952.1