MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
Email: mriechert@morganlewis.com

MEGAN BARRY BOROVICKA, State Bar No. 241205
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: mborovicka@morganlewis.com

Attorneys for Defendants,
Northwestern Investment Management Company, LLC
and Northwestern Mutual Life Insurance Company

JOHN A. MCGUINN, State Bar No. 036047
CAROLYN A. LEARY, State Bar No. 226845
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
Tel. 415-421-9292
Fax. 415-403-0202
Email: jamcguinn@mhpsf.com
Email: cleary@mhpsf.com

Attorneys for Plaintiff,
Laurie Gibbs Harris

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE GIBBS HARRIS,<br><br>                    Plaintiff,<br><br>         vs.<br><br>NORTHWESTERN INVESTMENT MANAGEMENT COMPANY, LLC, NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, and DOES 1 through 20 , inclusive,<br><br>                    Defendants. | Case No. 10-01763 CW (LB)<br><br>**JOINT STIPULATION AND ORDER CONTINUING DEADLINE TO FILE PRETRIAL MATERIALS**<br><br>Trial Date:   October 3, 2011 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIPULATION AND [PROPOSED]
ORDER; CASE NO. C 10-01763 CW

DB2/ 22643952.1

Plaintiff Laurie Gibbs Harris ("Plaintiff") and Defendants Northwestern Investment Management Company, LLC and Northwestern Mutual Life Insurance Company ("Defendants"), the parties to the above-entitled action (collectively, the "Parties"), submit this stipulation to the Court:

**STIPULATION**

WHEREAS, the Court conducted a Case Management Conference and heard Defendants' *Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment* on July 14, 2011;

WHEREAS, during the July 14, 2011 hearing, the Court encouraged the Parties to participate in private mediation;

WHEREAS, on July 25, 2011, the Court issued an *Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment*;

WHEREAS, following the Court's Order, the Parties gained new understanding of the narrowed issues proceeding to trial on October 3, 2011, and agreed to participate in a mediation with a private third-party neutral;

WHEREAS, accounting for the schedules of the Parties, counsel, and potential mediators, the Parties scheduled mediation for the first available date, August 23, 2011;

WHEREAS, on August 23, 2011, the Parties participated in a full day of mediation utilizing the services of private neutral third-party David Rotman of Gregorio, Haldeman, et al. in San Francisco, California, but were unable to resolve the case;

WHEREAS, the Court's September 14, 2010 *Minute Order and Case Management Order* set trial in this matter for October 3, 2011 and a pretrial conference on September 20, 2011;

WHEREAS, the Court has not continued the trial date or the pretrial conference date, and the Parties do not believe a continuance of the trial date or pretrial conference date is necessary;

WHEREAS, pursuant to the Court's Standing *Order for Pretrial Preparation*, the exchange of documents called for in Section 1 of the Order was to have occurred by August 23, 2011, but the parties agreed to wait until after the August 23, 2011 mediation to exchange these documents;

WHEREAS, pursuant to the Court's Standing *Order for Pretrial Preparation*, the Parties currently must file by September 6, 2011 a joint pretrial conference statement and other documents required by Section 3 of the Order (*i.e.*, exhibit list and objections, witness list, use of discovery responses, trial briefs, motions in limine, joint proposed voir dire and jury instructions, proposed verdict forms);

WHEREAS, on August 26, 2011, the Court denied, without prejudice, the Parties' stipulated request to continue the pretrial document filing deadline by one week to September 13, 2011 (Docket No. 65);

WHEREAS, in light of the above factors, and pursuant to Civil Local Rules 6-1(b) and 6-2, the Parties have agreed to request a shorter (three day) continuance of the September 6, 2011 pretrial document filing deadline;

THEREFORE, the Parties, through their respective counsel of record, hereby STIPULATE to request that the Court continue the current September 6, 2011 pretrial filing to September 9, 2011.

IT IS SO STIPULATED.

DATE: August 31, 2011        */s/ Carolyn A. Leary*
John A. McGuinn
Carolyn A. Leary
McGuinn, Hillsman & Palefsky
Attorneys for Plaintiff, Laurie Gibbs Harris

DATE: August 31, 2011        */s/ Megan Barry Borovicka*
Melinda S. Riechert
Megan Barry Borovicka
Morgan, Lewis & Bockius
Attorneys for Defendants,
Northwestern Investment Management Company,
LLC and Northwestern Mutual Life Insurance
Company

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2     For the reasons described in the Parties' Joint Stipulation, the last day for the Parties for

3 file the pretrial conference statement and other documents described in Section 3 of the Court's

4 Standing *Order for Pretrial Preparation* shall be continued by two days, to September 8, 2011.

5     The Final Pretrial Conference remains unchanged on calendar for September 20, 2011 at

6 2:00 p.m.  The 8-day Jury Trial beginning on October 3, 2011 at 8:30 a.m. remains on calendar as

7 previously ordered.

9 DATE: __9/1/2011_____     _____
10                                                         The Honorable Claudia Wilken
                                                        United States District Judge

12                                       **ATTESTATION**

13     Pursuant to General Order 45(X), I attest that concurrence in the filing of this document

14 has been obtained from the other signatory.

16 Dated: __August 31, 2011__     By: ___*/s/ Megan Barry Borovicka*___
                                                                 Megan Barry Borovicka

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

3        JOINT STIPULATION AND [PROPOSED]
           ORDER; CASE NO. C 10-01763 CW

DB2/ 22643952.1