IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAURIE GIBBS HARRIS,                    No. C 10-01763 CW

          Plaintiff,                    CONDITIONAL ORDER
                                        OF DISMISSAL
     v.

NORTHWESTERN INVESTMENT
MANAGEMENT COMPANY, LLC, et al.,

          Defendants.
_____/

     The parties hereto, by their counsel, having advised the

Court that they have agreed to a settlement of this cause,

     IT IS HEREBY ORDERED that this cause be dismissed with

prejudice; provided, however, that if any party hereto shall

certify to this Court, with proof of service of a copy thereon on

opposing counsel, within 90 days from the date hereof, that the

agreed consideration for said settlement has not been delivered

over, the foregoing Order shall stand vacated and this cause shall

forthwith be restored to the calendar to be set for trial.  The

pre-trial conference and trial dates are vacated and all pending

motions terminated.

     IT IS SO ORDERED.

Dated: 9/19/2011

                                        CLAUDIA WILKEN
                                        United States District Judge

United States District Court
For the Northern District of California