IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE GIBBS HARRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>NORTHWESTERN INVESTMENT MANAGEMENT COMPANY, LLC; NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY; and DOES 1 through 20, inclusive,<br><br>    Defendants. | No. C 10-01763 CW<br><br>ORDER REGARDING DEFENDANTS' RESPONSE TO PLAINTIFF'S PETITION TO ESTABLISH A QUALIFIED SETTLEMENT FUND (Docket No. 97) |

    On November 28, 2011, Plaintiff Laurie Gibbs Harris filed a Petition to Establish a Qualified Settlement Fund (Docket No. 97). Defendants shall file a response to Plaintiff's petition by December 23, 2011.

    IT IS SO ORDERED.

Dated: 12/16/2011

CLAUDIA WILKEN
United States District Judge