IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE GIBBS HARRIS,<br><br>     Plaintiff,<br><br>  v.<br><br>NORTHWESTERN INVESTMENT MANAGEMENT COMPANY, LLC; NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY; and DOES 1 through 20, inclusive,<br><br>     Defendants.<br>_____/ | No. C 10-01763 CW<br><br>ORDER REGARDING PLAINTIFF'S CERTIFICATION THAT CONSIDERATION FOR SETTLEMENT HAS NOT YET BEEN RECEIVED (Docket No. 99) |

   On September 19, 2011, upon having been advised that the parties had agreed to a settlement, the Court entered a conditional order of dismissal of this cause.  In that order, the Court stated that if any party certified to the Court, with proof of service upon the opposing counsel, within ninety days, that the agreed consideration for the settlement had not been delivered, the order would be vacated and the cause restored to the calendar to be set for trial.

   On December 19, 2011, Plaintiff Laurie Gibbs Harris certified to the Court that consideration for the settlement of this matter has not yet been delivered.  Plaintiff stated that the parties have been unable to reach an agreement on the allocation of the settlement funds and the timing for payment thereof.

   Accordingly, the Court extends the conditional dismissal for ninety days from the date of this Order.  The parties shall return to private mediation for further settlement discussions within

thirty days of the date of this Order.  Plaintiff shall file a motion to enforce the settlement within thirty days of the date of this Order.

IT IS SO ORDERED.

Dated: 12/21/2011

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

2