John A. McGuinn, Esq. (State Bar No. 036047)
Carolyn A. Leary, Esq. (State Bar No. 226845)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Attorneys for Plaintiff,
LAURIE GIBBS HARRIS

MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
MEGAN BARRY BOROVICKA, State Bar No. 241205
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Attorneys for Defendants,
NORTHWESTERN INVESTMENT MANAGEMENT COMPANY, LLC, ET AL.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LAURIE GIBBS HARRIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NORTHWESTERN INVESTMENT MANAGEMENT COMPANY, LLC, NORTHWESTERN MUTUAL LIFE INSURANCE, LLC, and DOES 1through 20, inclusive<br><br>　　　　Defendants. | **Case No. CV 10-01763 CW**<br>e-filing<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE**<br><br>JUDGE: Hon. Claudia Wilken<br>DEPT: Courtroom 2, 4th Floor<br>Complaint filed: March 19, 2010<br>Trial date: October 3, 2011 |

Plaintiff Laurie Gibbs Harris ("Plaintiff") and Defendants Northwestern Investment Management Company, LLC and Northwestern Mutual Life Insurance Company ("Defendants"), the parties to the above-entitled action (collectively, the "Parties), submit this stipulation to the Court:

## STIPULATION

The Parties reached an oral agreement to settle this matter on September 17, 2011;

On September 19, 2011, this Court issued a Conditional Order of Dismissal, dismissing this matter with prejudice, but providing that if the agreed consideration for settlement was not delivered by December 19, 2011 the Conditional Order of Dismissal would be vacated and the matter restored to the Court's calendar to be set for trial.

On December 19, 2011, Plaintiff certified to the Court that consideration for the settlement of this matter had not yet been delivered. Plaintiff further notified the Court that the Parties were at an impasse in their negotiations concerning the issues of allocation and timing of payment of the settlement funds.

On December 21, 2011, this Court issued an Order extending the conditional dismissal for an additional ninety days and requiring the Parties to return to private mediation for further settlement discussions by January 20, 2012.

The Parties agree that settlement of this matter is best facilitated by a mandatory settlement conference before a United States Magistrate Judge. The Parties also agree that Defendants, which are headquartered in Wisconsin, may appear at such a mandatory settlement conference through their attorneys of record. In such case, a representative with settlement authority will be available by phone.

This matter was previously referred to Magistrate Judge Laurel Beeler for settlement purposes.

///

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

STIPULATION AND [PROPOSED] ORDER

2

THEREFORE, the Parties, through their respective counsel of record, hereby STIPULATE to request that the Court vacate its prior Order mandating private mediation of this matter and issue an order referring this matter to a settlement conference before Magistrate Judge Laurel Beeler:

IT IS SO STIPULATED.

DATE: January 10, 2012  /s/ Carolyn A. Leary
John A. McGuinn
Carolyn A. Leary
McGuinn, Hillsman & Palefsky
Attorneys for Plaintiff, Laurie Gibbs Harris

DATE: January 10, 2012  /s/ Megan Barry Borovicka
Melinda S. Riechert
Megan Barry Borovicka
Morgan, Lewis & Bockius

Attorneys for Defendants,
Northwestern Investment Management Company, LLC and Northwestern Mutual Life Insurance Company

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

STIPULATION AND [PROPOSED] ORDER

3

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Court's Order of December 21, 2011 is vacated to the extent that it requires Plaintiff Laurie Gibbs Harris and Defendants Northwestern Investment Management Company, LCC and Northwestern Mutual Life Insurance Company (the "Parties") to return to private mediation for further settlement discussions.

The Parties are referred to a settlement conference with Magistrate Judge Laurel Beeler at a date to be set by Judge Beeler.

DATE: 1/11/2012

The Honorable Claudia Wilken
United States District Judge

### ATTESTATION

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: Janaury 10, 2012                By:   /s/ Carolyn A. Leary
                                              Carolyn A. Leary