UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| LAURIE GIBBS HARRIS, | No. C 10-1763 CW (LB) |
| Plaintiff(s), | **ORDER** |
| v. | |
| NORTHWESTERN INVESTMENT MANAGEMENT COMPANY, LLC, et al., | |
| Defendant(s). | |

Settlement conference held on February 22, 2012. The case settled. Parties to request reference by district court within 2 weeks. Within two weeks after referral, parties to meet and confer and submit joint form of order (with allocation left blank) to court. Simultaneously, parties to file joint statement with their final positions as to allocation (and any proposed compromise position) to court and any supporting documentation). The parties should specify any alternative procedure that they agree to. To the extent that information is confidential (as discussed), the parties may file it under seal and/or submit it as a confidential settlement communication.

**IT IS SO ORDERED.**

Dated: February 23, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 10-1763 Order