UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| LAURIE GIBBS HARRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>NORTHWESTERN INVESTMENT<br>MANAGEMENT COMPANY, LLC, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-01763 CW (LB)<br><br>**ORDER RE: APRIL 30, 2012 ORDER FILED UNDER SEAL**<br><br>[Re: ECF No. 114] |

On February 22, 2012, the parties attended a settlement conference with the undersigned. Minute Order, ECF No. 109. The case settled. *Id*. Given the confidentiality of settlements, the parties subsequently submitted for *in camera* review proposed orders setting forth their agreed-upon settlement amount and their competing allocations of that amount. The court issued an order, which was filed under seal, regarding the allocation of the settlement amount. 4/30/2012 Order, ECF No. 114. Should the parties need a publicly-filed order that reflects the non-confidential aspects of the settlement, the parties are ordered to meet and confer and to shall submit an appropriate proposed order to the court.

**IT IS SO ORDERED.**

Dated: May 1, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 10-01763 CW (LB)
ORDER RE: 4/30/2012 ORDER